CABLE v. ENGLEMAN et al. (Circuit Court of Appeals, Eighth Circuit. October 12, 1903.) No. 1,994. Appeal from the United States Court of Appeals for the Indian Territory. Morris & Hayes and Gilbert & Gilbert, for appellant. H. M. Wolverton, John Guest, and Potter & Potter, for appellees. Docketed and dismissed, with costs, pursuant to rule 16, on motion of counsel for appellees.

CENTRAL R. & BANKING CO. OF GEORGIA v. FARMERS' LOAN & TRUST CO. OF NEW YORK et al. (Circuit Court of Appeals, Fourth Circuit. November 5. 1903.) No. 460. Appeal from the Circuit Court of the United States for the District of South Carolina. Augustine T. Smythe and A. M. Lee, for appellant. Henry C. Cunningham and Henry A. M. Smith, for appellees. Before GOFF, Circuit Judge, and MORRIS and KELLER, District Judges.

KELLER, District Judge. This case comes up on an appeal from a decretal order entered on the 3d day of March, 1902, dismissing the intervention of the Charleston & Western Carolina Railway Company. In the record in this case appears the elaborate opinion of the learned Circuit Judge who tried this case in the court below, and as that opinion contains a full statement of the material facts, and as its conclusions are approved by this court, we adopt that opinion (113 Fed. 405) as the opinion of the court herein. The decree of the Circuit Court of the United States for the district of South Carolina dismissing the intervention of the Charleston & Western Carolina Railway Company is affirmed.

CITIZENS' LIGHT & POWER CO. v. SEATTLE GAS & ELECTRIC CO. (Circuit Court of Appeals, Ninth Circuit. September 15, 1903.) No. 974. Appeal from the Circuit Court of the United States for the Northern Division of the District of Washington. H. R. Clise, John B. Hart, Harold Preston, L. C. Gilman, and E. M. Carr, for appellant. Samuel Hill, for appellee. No opinion. It appearing that, since the taking of the appeal, the complainant abandoned its proceedings against the appellant, etc., the order of Circuit Court (123 Fed. 588) granting injunction is reversed, with costs to the appellant.

COLER v. CITY OF LAMPASAS. (Circuit Court of Appeals, Fifth Circuit. December 14, 1903.) No. 1,270. Appeal from the Circuit Court of the United States for the Western District of Texas. Ben B. Cain, for appellant. Robt. G. West. Thos. B. Cochran, and Walter Acker, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. As to the ownership or possession of the original waterworks in the city of Lampasas, the claim of the appellant herein is without equity. The decree of the Circuit Court is affirmed.